UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RESTAURANT SUPPLY SOLUTIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:04-0786 |
| v. ) | JUDGE ECHOLS |
| ) | |
| DEAN LEISCHOW, individually and ) | |
| d/b/a THE LEISCHOW GROUP, INC., ) | |
| LGI ENERGY SOLUTIONS, INC., ) | |
| ) | |
| Defendants. ) | |

### ORDER

For the reasons explained in the Memorandum entered contemporaneously herewith, Defendants' Motion for Partial Summary Judgment (Docket Entry No. 49), is hereby DENIED.

As previously ordered, this case will proceed to Final Pretrial Conference in this Court on **Monday, January 9, 2006, at 1:00 p.m.**, as previously ordered.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE