UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RESTAURANT SUPPLY SOLUTIONS, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 3:04-0786 ) JUDGE ECHOLS ) |
| DEAN LEISCHOW, individually and d/b/a THE LEISCHOW GROUP, INC., LGI ENERGY SOLUTIONS, INC., | ) ) ) ) |
| Defendants. | ) |

## ORDER

For the reasons explained in the Memorandum entered contemporaneously herewith, the Court finds in favor of Plaintiff Restaurant Supply Solutions, Inc. ("RSSI") on its misrepresentation, breach of contract, and statutory violation claims. The Court further finds in favor of Defendants LGI Energy Solutions, Inc. ("LGI") and Dean Leischow on their breach of contract counterclaim.

When the damages awarded on Plaintiff's claims and Defendants' counterclaim are offset, the Court finds that RSSI is entitled to a judgment of $997,841.00 in damages, plus prejudgment interest of $108,221.36, for a total judgment award of $1,106,062.36. Defendants Leischow and LGI are jointly and severally liable for the damages and prejudgment interest.

1

Entry of this Order on the docket shall constitute entry of final Judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE