UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RESTAURANT SUPPLY SOLUTIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:04-0786 |
| v. ) | JUDGE ECHOLS |
| ) | |
| DEAN LEISCHOW, individually and ) d/b/a THE LEISCHOW GROUP, INC., ) LGI ENERGY SOLUTIONS, INC., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff Restaurant Supply Solutions, Inc. ("RSSI") filed a Motion to Enter Final Judgment Or, In The Alternative, To Show Cause (Docket Entry No. 252), to which no response has been filed. The Court previously stayed this case for a period of sixty (60) days so as not to cause any transgression of the automatic stay of 11 U.S.C. § 362 in effect in an involuntary Chapter 7 bankruptcy petition filed against LGI Energy Solutions, Inc. ("LGI") in the District of Minnesota. RSSI now asks the Court to proceed with this case and enter a modified judgment against Dean Leischow individually so that RSSI may attempt to collect its judgment against the appeal bond. Alternatively, RSSI asks the Court to order Dean Leischow, who is acting *pro se* in this matter, to appear and show cause, if any he may have, why this cause of action against him individually should be subject to the bankruptcy stay against LGI.

After careful review, RSSI's Motion To Enter Final Judgment Or, In The Alternative, To Show Cause (Docket Entry No. 252) is hereby GRANTED IN PART and DENIED IN PART AS

1

MOOT. The Motion is GRANTED in that the Court will enter a final modified judgment against Dean Leischow individually and thus, RSSI's alternative request for a show cause order is moot.

Accordingly, in accordance with the decision of the Sixth Circuit, the Court finds that RSSI is entitled to damages against Defendant Dean Leischow, individually, in the amount of $747,414.36, which includes pre-judgment interest. Further, post-judgment interest on the Court's pre-appellate damages award of $492,082.36 shall run from January 15, 2008 to the date of entry of this final amended judgment at the rate of interest that was effective on January 15, 2008. Further, post-judgment interest on the modified damages award of $747,414.36 shall run from the date of entry of this final amended judgment at the rate of interest effective on January 15, 2008.

Entry of this Order on the docket shall constitute entry of final amended judgment against Defendant Dean Leischow in accordance with Federal Rules of Civil Procedure 58 and 79(a).

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE